MAY 14, 1984

No. 83–1552.  BACON ET AL. v. CARLIN, GOVERNOR OF KANSAS, ET AL.  Affirmed on appeal from D. C. Kan.  JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 83–357.  CUNNINGHAM v. GOLDEN ET AL.  Appeal from Ct. App. Tenn. dismissed for want of substantial federal question. JUSTICE WHITE and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 83–1346.  BAHAM ET AL. v. EDWARDS, GOVERNOR OF LOUISIANA, ET AL.  Appeal from D. C. M. D. La. dismissed for want of jurisdiction.

No. 83–1505.  CITY OF LOS ANGELES ET AL. v. COUNTY OF LOS ANGELES ET AL.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1518.  HEILIG ET AL. v. MILLER.  Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.